IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARTIN RAPHAEL** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil Action No. 1:06CV54LG-RHW** |
| | § | |
| **ROBERT HACKETT, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This cause came on for hearing before the Court on the Motion to Dismiss filed by the Defendants on October 20, 2006, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss filed by the Defendants on October 20, 2006, [14-1] should be and is hereby **GRANTED**. Plaintiff's case against the Defendants is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE